IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-636-13 |
| | : | |
| SHAHAAD STERLING | : | |

## **ORDER**

AND NOW, this 8th day of May, 2020, upon consideration of Defendant Shahaad Sterling's Motion for Bail, the Government's opposition, and following an April 27, 2020, telephonic hearing on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 159) is DENIED without prejudice to reassert should circumstances created by COVID-19 change.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.